

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00524-CR

Austin **PRINCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 432473
Honorable Scott Roberts, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 13, 2016.

_____
Patricia O. Alvarez, Justice